UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| JAMES ALLEN CULBERTSON,<br><br>Plaintiff,<br><br>vs.<br><br>SULLIVAN COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>Defendants. | 2:20-CV-00083-DCLC |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this day, Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. Should the Plaintiff give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The Court certifies that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this Court hereby **DENIES** the Petitioner's leave to proceed *in forma pauperis* on appeal.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge

ENTERED AS JUDGMENT:

s/John Medearis
Clerk of Court